KEVIN V. RYAN (CSBN 118321)
United States Attorney

*E-filed 7/14/06*

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>     Plaintiff,   )<br>            )<br>     v.            )<br>            )<br>WILETTE JOY PARKER,   )<br>            )<br>     Defendant.   )<br>            )<br>            )<br>_____) | No. 06-70359 HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

On June 29, 2006, the parties in this case appeared before the Court for an initial appearance on a complaint. At that appearance, Assistant United States Attorney Susan Knight explained that the government needed to provide discovery to Guy Caputo, who represents the defendant, in order to facilitate a pre-indictment resolution. In addition, Mr. Caputo informed the Court that he would be unavailable from mid-July to the beginning of August due to a vacation. Therefore, the parties jointly requested that the arraignment be continued to August 10, 2006 at 9:30 a.m. In addition, the defendant, through her Mr. Caputo, agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 29, 2006 to August 10, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the

1  defendant's need for continuity and effective preparation of counsel.

2  SO STIPULATED:                    KEVIN V. RYAN
                                     United States Attorney
3

4  DATED:_____              _____/s/_____
                                     SUSAN KNIGHT
5                                    Assistant United States Attorney

6
   DATED:_____              _____/s/_____
7                                    GUY J. CAPUTO
                                     Counsel for Ms. Parker
8

9       Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

10 continued to August 10, 2006 at 9:30 a.m.  Good cause is shown and the continuance is proper

11 under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

12      For good cause shown, the Court FURTHER ORDERS that time be excluded under the

13 Speedy Trial Act from June 29, 2006 until August 10, 2006.  The Court finds, based on the

14 aforementioned reasons, that the ends of justice served by granting the requested continuance

15 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

16 the requested continuance would deny defense counsel reasonable time necessary for effective

17 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

18 of justice.  The Court therefore concludes that this exclusion of time should be made under 18

19 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

20 SO ORDERED.

21

22 DATED:  7/14/06                    /s/  Howard R. Lloyd
                                     _____
23                                   HOWARD R. LLOYD
                                     United States Magistrate Judge

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 06-70359 HRL                           2